[Crim. No. 740. Second Appellate District, Division Two.—September 22, 1920.]

In the Matter of the Application of ESTHER GALVAN AZHOCAR for a Writ of Habeas Corpus.

[1] HABEAS CORPUS—DISCHARGE FROM JUVENILE COURT—INSUFFICIENT PETITION FOR COMMITMENT.—A ward of the juvenile court is entitled to her discharge on *habeas corpus* where the petition upon which the order of commitment was made was insufficient to confer jurisdiction.

APPLICATION for a Writ of Habeas Corpus to secure release from Juvenile Court. Granted.

The facts are stated in the opinion of the court.

C. J. Novotny for Petitioner.

H. S. Utley and J. D. Malcolm for Respondent.

THE COURT.—[1] It appears from the petition for the writ, as well as from the return thereto, that the minor, Esther Galvan Azhocar, is illegally restrained of her liberty. The petition filed in the juvenile court, upon which

the order adjudging the minor to be a ward of that court was based, was insufficient to confer jurisdiction. It is ordered, therefore, that the minor be discharged.